

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00322-CV

———————————————

IN RE RUSTIN PEROT WRIGHT, Relator

Original Proceeding
43rd District Court of Parker County, Texas
Trial Court No.

Before Walker, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Emergency Petition for Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's "Emergency Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: July 10, 2025